of Byway Bakery, Inc., and Max Epstein, 1916 Kings Highway, Brooklyn, New York, tenants; Lillian Schimmel, Anna Zweighaft and Peter Spalino, undertenants." SIDNEY LANG et al., Respondents.—

Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

## (February 8, 1943.)

AMELIA BILDZUKEWICZ, Appellant, v. WITOLD BILDZUKEWICZ, Respondent.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

HARELAINE REALTY CORPORATION, Respondent, v. ANNENBERG MARBLE AND TERRAZZO CORPORATION, Appellant.— Present — Close, P. J., Carswell, Johnston and Taylor, JJ.; Lewis, J., not voting.

LOUIS HOFFERMAN, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant. [See 264 App. Div. 884; 264 App. Div. 955; 265 App. Div. 1002.] Present — Close, P. J., Carswell, Johnston and Taylor, JJ.; Lewis, J., not voting.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Circumferential Parkway, Borough of Brooklyn. BARTHOLDI TURECAMO et al., Appellants.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of JOROCO SILK CORPORATION, Petitioner, against ALGERON I. NOVA et al., Respondents.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of JOSEPH MARGOLIN (Admitted as JOSEPH B. MARGOLIN), an Attorney, Respondent.—